ADAM PAUL LAXALT
  Attorney General
TIFFANY E. BREINIG (Bar No. 9984)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3125 (phone)
(702) 486-3773 (fax)
Email: tbreinig@ag.nv.gov

*Attorneys for Defendants*
*Timothy Filson, Perry Russell,*
*Jerry Howell, Jennifer Nash,*
*Dwight Neven, and Alexis Lozano*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON A. LYNCH, | Case No. 3:16-cv-00217-RCJ-VPC |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |
| DWIGHT NEVEN, et al., | |
| Defendants. | |

It is stipulated and agreed by and between Plaintiff, JASON A. LYNCH, and Defendants DWIGHT NEVEN, TIMOTHY FILSON, PERRY RUSSELL, JERRY HOWELL, JENNIFER NASH, and ALEXIS LOZANO, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Tiffany E. Breinig, Deputy Attorney General, that the above-captioned matter be dismissed in its entirety against all parties with prejudice by order of this Court.

///

///

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party will bear its own attorney fees and costs.

Dated 28th day of October, 2017.

By: _____
Jason A. Lynch
*Plaintiff Pro Se*

Dated 14th day of ~~October~~ November, 2017.

By: _____
Tiffany E. Breinig
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: 11/15/2017

_____
UNITED STATES DISTRICT JUDGE